CRANE CO., a corporation, Plaintiff-Appellant,

v.

CRANE HEATING & AIR CONDITIONING CO., a corporation, Frank J. Crane, Jr., Thomas Crane, Defendants-Appellees.

No. 15256.

United States Court of Appeals
Sixth Circuit.

Nov. 4, 1963.

Truman A. Herron, Cincinnati, Ohio, Wood, Herron & Evans, Cincinnati, Ohio, Byron, Hume, Groen & Clement, Chicago, Ill., of counsel, for appellant.

William J. Rielly, Cincinnati, Ohio, for appellees.

Before WEICK and PHILLIPS, Circuit Judges, and DARR, Senior District Judge.

ORDER

The District Court, following the modification of its judgment by this Court in the previous appeal reported in 299 F.2d 577, entered an order upon the remand which provided:

"It is therefore ordered, adjudged and decreed that the modifications contained in the opinion and judgment entry of the United States Court of Appeals are hereby adopted and made a part of the original judgment entry in this case."

The modification made by this Court in the previous appeal was to adopt and make a part of our order the agreement of the defendant set forth in Finding No. 9. The order entered by the District Court on remand as above set forth clearly has the effect of adopting and making the defendant's agreement as set forth in Finding No. 9 a part of the judgment which means that defendant is ordered to perform its provisions. This constituted a full compliance with our mandate which the District Court was without power to change. Stiller v. Squeez-A-Purse Corporation, 296 F.2d 504 (C.A.6).

It is, therefore, ordered that the judgment entered by the District Court upon the remand be and it hereby is affirmed.